UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL S. PORTER,<br><br>    Petitioner,<br>v.<br>GARRETT, et al.,<br><br>    Respondents. | Case No. 3:22-cv-00089-RCJ-CLB<br><br>ORDER |

Daniel S. Porter has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1).  He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate.  28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced.  However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

1

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court retain the petition but not file it at this time.

DATED: 8 March 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE