# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL S. PORTER, | Case No. 3:22-cv-00089-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| GARRETT, et al., | |
| Respondents. | |

This habeas matter comes before the Court on counseled Petitioner Daniel S. Porter's unopposed motion for leave to file a third amended petition for writ of habeas corpus. (ECF No. 17.) Good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for leave to file a third amended petition for writ of habeas corpus (ECF No. 17) is granted. Petitioner has 90 days to complete his investigation and file a status report to indicate whether a third amended petition is warranted or whether he intends to move forward on the second amended petition. Respondents' deadline for responding to the second amended petition is vacated until further order of the Court.

Dated: November 2, 2022.

ROBERT C. JONES
UNITED STATES DISTRICT COURT