**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL S. PORTER, | Case No. 3:22-cv-00089-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| GARRETT, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (ECF No. 19), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 19) is granted. Petitioner will have up to and including April 3, 2023, to file his status report.

Dated: February 1, 2023

ROBERT C. JONES
UNITED STATES DISTRICT COURT