**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL S. PORTER,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, et al.,<br><br>Respondents. | Case No. 3:22-cv-00089-RCJ-CLB<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (ECF No. 21), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 21) is granted. Petitioner will have up to and including May 3, 2023, to file his status report.

Dated: April 3, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE