**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL S. PORTER, | Case No. 3:22-cv-00089-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| GARRETT, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (ECF No. 28), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (ECF No. 28) is granted. Respondents will have up to and including December 5, 2023, to file their response to Petitioner Daniel Porter's petition.

Dated: October 10, 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE