**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL S. PORTER,<br><br>        Petitioner,<br><br>v.<br><br>GARRETT, et al.,<br><br>        Respondents. | Case No. 3:22-cv-00089-RCJ-CLB<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (third request) (ECF No. 32), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (ECF No. 32) is granted. Respondents will have up to and including February 20, 2024, to file their response to Petitioner Daniel Porter's petition.

Dated: January 22, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE