**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL S. PORTER, | Case No. 3:22-cv-00089-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| GARRETT, et al., | |
| Respondents. | |

Petitioner Daniel S. Porter having filed an unopposed motion for extension of time (first request) (ECF No. 42), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's unopposed motion for extension of time (ECF No. 42) is granted. Petitioner will have up to and including June 3, 2024, to file his opposition to the Respondents' motion to dismiss.

Dated: March 5, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT