UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANIEL S. PORTER,

                                    Petitioner,

        v.

GARRETT, *et al.*,

                                    Respondents.

Case No. 3:22-cv-00089-MMD-CLB

ORDER

Petitioner Daniel S. Porter has filed an unopposed motion for extension of time. (ECF No. 45 ("Motion").) This is Porter's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 45) is granted. Porter has up to and including July 15, 2024, to file his opposition to the motion to dismiss.

DATED THIS 4th day of June 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1