UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL S. PORTER,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00089-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their reply to their motion to dismiss. (ECF No. 49 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 49) is granted. Respondents have up to and including August 26, 2024, to file their reply to their motion to dismiss.

DATED THIS 22nd day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE