UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DANIEL S. PORTER, | Case No. 3:22-cv-00089-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Daniel S. Porter filed a motion for a 14-day extension of time to file his reply to his motion for reconsideration. (ECF No. 55.) This is Porter's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the motion for reconsideration (ECF No. 55) is granted. Porter has up to and including November 7, 2024, to file his reply.

DATED THIS 25th Day of October 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE