UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL S. PORTER,<br><br>　　　　　Petitioner,<br>　v.<br><br>GARRETT, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:22-cv-00089-MMD-CLB<br><br>ORDER |

　　　Respondents filed a motion for a 60-day extension of time to file their answer to the remaining claims in the third amended petition. (ECF No. 61 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 61) is granted. Respondents have up to and including April 11, 2025, to file their answer.

　　　DATED THIS 12th Day of February 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE