UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL S. PORTER,<br><br>               Petitioner,<br>v.<br><br>GARRETT, *et al.*,<br><br>               Respondents. | Case No. 3:22-cv-00089-MMD-CLB<br><br>ORDER |

Respondents filed a motion for a 45-day extension of time to file their answer to the remaining claims in the third amended petition. (ECF No. 63 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 63) is granted. Respondents have up to and including May 26, 2025, to file their answer.

DATED THIS 14th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE