UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL S. PORTER,<br><br>                Petitioner,<br>    v.<br>GARRETT, *et al.*,<br><br>                Respondents. | Case No. 3:22-cv-00089-MMD-CLB<br><br>ORDER |

Respondents have filed a motion for a seven-day extension of time to file their answer to the remaining claims in Petitioner Daniel S. Porter's Third-Amended Petition. (ECF No. 71 ("Motion").) This is Respondents' fifth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 71) is granted. Respondents have up to and including August 18, 2025, to file their answer.

DATED THIS 12th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE