UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DANIEL S. PORTER, | Case No. 3:22-cv-00089-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Daniel S. Porter has filed an unopposed motion for a 60-day extension of time to file his reply to the remaining claims in his Third-Amended Petition. (ECF No. 74 ("Motion").) This is Porter's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 74) is granted. Porter has up to and including November 17, 2025, to file his reply.

DATED THIS 17th Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE