UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL S. PORTER,<br><br>   Petitioner,<br>v.<br><br>GARRETT, *et al.*,<br><br>   Respondents. | Case No. 3:22-cv-00089-MMD-CLB<br><br>ORDER |

Petitioner Daniel S. Porter has filed an unopposed motion for a 60-day extension of time to file his reply to the remaining claims in his Third-Amended Petition. (ECF No. 76 ("Motion").) This is Porter's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 76) is granted. Porter has up to and including January 16, 2026, to file his reply.

DATED THIS 18th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE